

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00036-CV
_____

CROSSROADS CHRISTIAN CHURCH, Appellant

V.

MEL DIETZ AND VICKI DIETZ, Appellees

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-286911-16

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss."  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  September 12, 2019